I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-05-12

DEPUTY CLERK

FILED
JAN -5 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ADRIAN MOON, | Case No. CV 11-10806-CAS (MLG) |
| Petitioner, | MEMORANDUM AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITH LEAVE TO AMEND |
| v. | |
| MAURICE JUNIOUS, Warden, | |
| Respondent. | |

Petitioner filed this petition for writ of habeas corpus on December 29, 2011. The petition suffers from the following deficiencies:

- The petition form does not clearly set forth the facts or legal theories supporting petitioner's claims; it merely makes conclusory allegations of misconduct and Constitutional violations against police officers, judges, and attorneys;
- The petition does not identify which convictions are being challenged. The hundreds of pages of attached documents relate to two separate state convictions: Case Number BA362256 and Case Number BA332095. Petitioner must identify the appropriate case.

- The petition fails to provide the Court with the date of filing of each of his state appeals and petitions for writ of habeas corpus and which claims for relief were presented in each petition. It cannot be determined whether any of the claims for relief have been exhausted in the state courts. Indeed, it appears that the claims have not been exhausted as the California Court of Appeal decisions in both cases were filed after November 2011, and petitions for review are currently pending in each case in the California Supreme Court.

Based on the above-noted deficiencies, the petition is DISMISSED with leave to amend. Petitioner may file a "First Amended Petition" not later than 28 days from the date of this order. To that end, the Clerk is instructed to send to petitioner with this order a copy of the latest version of form Civ 69 - Petition for Writ of Habeas Corpus by a Person in State Custody, pen-changed to reflect "First Amended" Petition. Petitioner is advised that any memorandum in support of the petition is limited to 15 pages. No additional attachments or appendices may be submitted. **Petitioner is further advised that if he fails to file a First Amended Petition in accordance with the requirements of this order, the action will be subject to dismissal without further notice. Petitioner must articulate the legal and factual bases for his claims and present them in a legible fashion so that they can be understood.**

Dated: January 4, 2012

Marc L. Goldman
United States Magistrate Judge