JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ADRIAN MOON, | ) | Case No. CV 11-10806-MLG |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| P.L. VASQUEZ, WARDEN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is DISMISSED without prejudice.

Dated: May 15, 2012

Marc L. Goldman
United States Magistrate Judge