JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADRIAN MOON, | Case No. CV 11-10806-MLG |
|     Petitioner, | JUDGMENT |
| v. | |
| P.L. VASQUEZ, WARDEN, | |
|     Respondent. | |

IT IS ADJUDGED that the petition is DISMISSED without prejudice.

Dated: May 15, 2012

Marc L. Goldman
United States Magistrate Judge

1